**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
**FILED**

*July 24, 2024*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | Criminal No. **4:24-cr-00387** |
| § | |
| **FAITH DAVIS** § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
**(Assault – 18 U.S.C. § 113(a)(6))**

On or about November 14, 2023, in the special maritime and territorial jurisdiction of the United States, as set forth in 18 U.S.C. § 7, in that the offense occurred by and against a national of the United States on a foreign vessel having a scheduled departure from and arrival in the United States, and pursuant to 18 U.S.C. § 3238, with Harris County, in the Southern District of Texas, being the district in which the defendant was last known to reside, the defendant, **FAITH DAVIS**, did assault Martavia Davis by kicking her, striking her with Defendant's hand, and striking her with and against a trash can, a counter top, and unknown objects causing serious bodily injury to Martavia Davis, all in violation of Title 18, United States Code, Section 113(a)(6).

A TRUE BILL:

By: *Original Signature on File*
Foreperson of the Grand Jury

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: *Lauren M. Valenti*
Lauren M. Valenti
Sebastian Edwards
Assistant United States Attorneys